B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>District of Delaware | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Electric Mobile Cars, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>45-1471229 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>1717 McKinney Avenue #700<br>Dallas, TX<br>ZIP CODE 75202 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Dallas | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br> | ZIP CODE |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check **one** box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."<br>☑ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Electric Mobile Cars, LLC |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td>
<strong>Exhibit A</strong>
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)
☐  Exhibit A is attached and made a part of this petition.
</td>
<td>
<strong>Exhibit B</strong><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).
X _____<br>   Signature of Attorney for Debtor(s)    (Date)
</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                                                                                                        Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | Electric Mobile Cars, LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of Attorney*

X   /s/ Joseph J. McMahon, Jr.
_____
Signature of Attorney for Debtor(s)
Joseph J. McMahon, Jr.
_____
Printed Name of Attorney for Debtor(s)
Ciardi Ciardi & Astin
_____
Firm Name

919 N. Market Street, Suite 700, Wilmington DE  19801
_____
Address
(302) 658-1100
_____
Telephone Number
09/13/2013
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   /s/ Mark Carlson
_____
Signature of Authorized Individual
Mark Carlson
_____
Printed Name of Authorized Individual
Manager
_____
Title of Authorized Individual
09/13/2013
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    (Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
    Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**ELECTRIC MOBILE CARS, LLC**

**ACTION BY UNANIMOUS WRITTEN CONSENT OF THE
MEMBERS OF ELECTRIC MOBILE CARS, LLC**

CONSENT DATED THE 12th DAY OF SEPTEMBER, 2013

Pursuant to the Delaware Limited Liability Company Act (6 Del. C. § 18-101), the undersigned (the "Members"), constituting the members of Electric Mobile Cars, LLC, a Delaware limited liability company (the "Company"), hereby consent to the following actions, to the same extent as if adopted by a vote at a formal meeting of the Members, waive any notice required in connection therewith, and direct that this Written Consent of the Members in Lieu of Meeting (this "Consent") be placed with the records of the meetings of the Company.

WHEREAS, the Members have considered the financial and operational aspects of the Company's business, and the financial and operational aspects the Company's business; and

WHEREAS, the Members have reviewed the historical performance, assets and liabilities of the Company; and

WHEREAS, the Members intend for the Company to file a voluntary petition under the provisions of chapter 11 (the "Bankruptcy Proceedings") of title 11 of the United States Code (the "Bankruptcy Code"); and

WHEREAS, the Members have reviewed and considered the Company's options and the recommendations of professionals and advisors to the Company as to the terms of the proposed restructuring or liquidation to be implemented during the course of the Bankruptcy Proceedings.

NOW, THEREFORE, IT IS HEREBY RESOLVED:

1.      It is desirable and in the best interests of the Company, its creditors, and other interested parties, that a voluntary petition be filed by the Company under the provisions of chapter 11 of the Bankruptcy Code.

2.      The following person(s) is/are appointed to serve as (an) officer(s) of the Company in the capacities set forth opposite the respective name(s) below, effective as of the date of this Resolution, to serve until (i) their successor shall be duly appointed, (ii) the officer is removed from office or (iii) the officer is otherwise disqualified from serving as an officer of the Company:

Stephen Rasche – Secretary

Mark Carlson – Manager/Treasurer

3.      Mark Carlson's appointment as Acting Manager of the Company is hereby ratified and approved, effective as of December 1, 2012, and the Members approve and ratify the

actions taken by Mr. Carlson as Acting Manager during the period from December 1, 2012 through September 11, 2013.

4.    The Company's officers (including those listed above, if any) are directed, authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists, affidavits and other papers or documents, and to take any and all action which it deems necessary or proper to obtain such relief, if, in the judgment of the Company, the Company is adequately prepared prior to such filings.

5.    The Company's officers are directed, authorized and empowered to employ on behalf of the Company, Ciardi Ciardi & Astin, a law firm with experience and expertise in workouts, non-bankruptcy reorganizations and bankruptcy reorganizations.

6.    The Company's officers are directed, authorized and empowered to employ on behalf of the Company, Bederson & Company LLP, an accounting firm with experience and expertise in workouts, non-bankruptcy reorganizations and bankruptcy reorganizations.

7.    The Company's officers are directed, authorized and empowered, in the name of, and on behalf of the Company to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each in his discretion, may deem necessary or advisable to carry out the purpose and intent of the foregoing resolutions.

8.    All of the acts and transactions of management and the members of the Company which relate to matters contemplated by the foregoing resolutions that have been undertaken in the name and on behalf of the Company prior to the effective date of these resolutions, are hereby in all respects approved, confirmed and ratified.

This consent may be executed in counterparts and all so executed shall constitute one consent and be deemed an original.  Facsimile transmissions of the signature provided for below may be relied upon and shall have the same force and effect as the original of such signature.

This consent to action is effective as of September 12, 2013.

IN WITNESS WHEREOF, the undersigned in his/her capacity as a Member has executed this written consent as of the day first written above.

**[Signature lines on next page – space intentionally left blank]**

/s/ David S. Clapp_____
David S. Clapp, Trustee of the Harvey R. Clapp, III
Revocable Trust dated 7/7/07, Member of Electric Mobile
Cars, LLC

/s/ Ann K. Clapp_____
Ann K. Clapp, Member of Electric Mobile Cars, LLC

/s/ David S. Clapp_____
David S. Clapp, Member of Electric Mobile Cars, LLC

**ELECTRIC MOBILE CARS, LLC**

**ACTION BY UNANIMOUS WRITTEN CONSENT OF THE
MEMBERS OF ELECTRIC MOBILE CARS, LLC**

CONSENT DATED THE 12th DAY OF SEPTEMBER, 2013

3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| ELECTRIC MOBILE CARS, LLC, | ) Case No. 13-_____ (___) |
| | ) |
| Debtor.[1] | ) |
| | ) |
| | ) |

### LIST OF CREDITORS HOLDING TWENTY LARGEST UNSECURED CLAIMS

Pursuant to Rule 1007(d) of the Federal Rules of Bankruptcy Procedure, the creditors holding the twenty largest unsecured claims against Electric Mobile Cars, LLC, the named debtor in the above-captioned case (the "Debtor"). The list has been prepared from the unaudited books and records of the Debtors as of September 12, 2013. The list does not include (i) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (ii) parties holding secured claims. The information herein shall not constitute an admission of liability by the Debtor with respect to all or any portion of the claims listed below. Nothing herein shall affect the Debtor's right to challenge, *inter alia*, the amount, characterization, and/or priority of any claim at a later date.

| | Name of creditor | Name, telephone number and complete mailing address (including zip code) of creditor and employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[2] | Estimated amount of claim |
|---|---|---|---|---|---|
| 1. | Electric Mobile Cars, Inc. | c/o David G. Trachtenberg, Esq. Trachtenberg Rodes & Friedberg LLP 545 Fifth Avenue, Suite 640 New York, NY 10017 Phone: (212) 972-2929 Fax: (212) 972-7581 | Payment Obligation Under Settlement | | $400,000.00 |

[1] The Debtor, along with the last four digits of its federal tax identification number, is: Electric Mobile Cars, LLC (-1229). At the time the Debtor filed its bankruptcy petition, its mailing address was 1717 McKinney Avenue, #700, Dallas, TX 75202.

[2] All claims are subject to customary adjustments, credits, discounts, offsets, rebates, and reconciliations.

| | | | | |
|---|---|---|---|---|
| | | | | |
| 2. | SNR Denton | c/o John Quattrocchi, Partner 2000 McKinney Ave., Suite 1900 Dallas, TX 75201-1858 Phone: (214) 259-0900 Fax: (214) 259-0910 | Trade Payable | | $4,001.00 |
| 3. | Envision Motor Company, Inc. | c/o D. Flint Drake, Esq. Drake Law Firm, P.C. 300 Main Street, Suite 323 Dubuque, IA 52001 Phone: (563) 582-2000 Fax: (563) 583-5225 | Contingent Indemnity Obligation | Contingent, Unliquidated, Disputed (for notice purposes only) | Unknown |
| 4. | Kenneth See | Michal Zapendowski, Esq. Lackey Hershman, LLP 3102 Oak Lawn Ave., Suite 777 Dallas, TX 75219 Phone: (214) 560-2201 Fax: (214) 560-2203 | Litigation Claim(s) | Contingent, Unliquidated, Disputed | Unknown |

Dated:  September 13, 2013

ELECTRIC MOBILE CARS, LLC


By:    /s/ Mark Carlson_____
          Name:  Mark Carlson
          Title:    Manager

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| ELECTRIC MOBILE CARS, LLC, | ) Case No. 13-_____ (____) |
| | ) |
| Debtor.[1] | ) |
| | ) |
| | ) |

### DECLARATION REGARDING LIST OF CREDITORS
### HOLDING TWENTY LARGEST UNSECURED CLAIMS

I, the undersigned authorized officer of Electric Mobile Cars, LLC, named as the debtor in this case, declare under penalty of perjury that I have reviewed the List of Creditors Holding Twenty Largest Unsecured Claims, submitted herewith, and that it is true and correct to the best of my information and belief.

Dated:  September 13, 2013

ELECTRIC MOBILE CARS, LLC

By:     /s/ Mark Carlson_____
        Name:  Mark Carlson
        Title:    Manager

---

[1] The Debtor, along with the last four digits of its federal tax identification number, is:  Electric Mobile Cars, LLC (-1229).  At the time the Debtor filed its bankruptcy petition, its mailing address was 1717 McKinney Avenue, #700, Dallas, TX  75202.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| _____ | ) Chapter 11 |
| In re | ) |
|  | ) Case No. 13-_____ (___) |
| ELECTRIC MOBILE CARS, LLC, | ) |
|  | ) |
| Debtor.[1] | ) |
|  | ) |
| _____ | ) |

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the equity security holders of Electric Mobile Cars, LLC, named as the debtor in this case, as of the date hereof are listed below.

| Equity Security Holder | Address | Number & Kind of Interest |
|---|---|---|
| Harvey R. Clapp III Revocable Trust Dated 9/7/07 | David S. Clapp, Trustee 1501 Sulgrave Avenue, Suite 300 Baltimore. MD 21209 | 68% |
| Ann K. Clapp | 5709 Visitation Way Baltimore, MD 21210 | 20% |
| David S. Clapp | 1501 Sulgrave Avenue, Suite 300 Baltimore. MD 21209 | 12% |

Dated:  September 13, 2013

ELECTRIC MOBILE CARS, LLC

By:      /s/ Mark Carlson_____
      Name:  Mark Carlson
      Title:   Manager

---

[1] The Debtor, along with the last four digits of its federal tax identification number, is:  Electric Mobile Cars, LLC (-1229).  At the time the Debtor filed its bankruptcy petition, its mailing address was 1717 McKinney Avenue, #700, Dallas, TX  75202.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | ) Chapter 11 |
|  | ) |
| ELECTRIC MOBILE CARS, LLC, | ) Case No. 13-_____ (___) |
|  | ) |
| Debtor.[1] | ) |
|  | ) |
|  | ) |

## DECLARATION REGARDING LIST OF EQUITY SECURITY HOLDERS

I, the undersigned authorized officer of Electric Mobile Cars, LLC, named as the debtor in this case, declare under penalty of perjury that I have reviewed the List of Equity Security Holders, submitted herewith, and that it is true and correct to the best of my information and belief.

Dated:  September 13, 2013

ELECTRIC MOBILE CARS, LLC

By:     /s/ Mark Carlson_____
        Name:  Mark Carlson
        Title:    Manager

---

[1] The Debtor, along with the last four digits of its federal tax identification number, is:  Electric Mobile Cars, LLC (-1229).  At the time the Debtor filed its bankruptcy petition, its mailing address was 1717 McKinney Avenue, #700, Dallas, TX  75202.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) |  |
| ELECTRIC MOBILE CARS, LLC, | ) | Case No. 13-_____ (____) |
|  | ) |  |
| Debtor.[1] | ) |  |
|  | ) |  |
|  | ) |  |

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO
## FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007(a)(1) AND 7007.1

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure and to enable the Judges to evaluate possible disqualification or recusal, on behalf of Electric Mobile Cars, LLC, the undersigned certifies that the following entities directly or indirectly own 10% or more of any class of Electric Mobile Cars, LLC's equity interests:

**None**

Dated: September 13, 2013

ELECTRIC MOBILE CARS, LLC

By:     /s/ Mark Carlson_____
Name: Mark Carlson
Title:   Manager

---

[1] The Debtor, along with the last four digits of its federal tax identification number, is: Electric Mobile Cars, LLC (-1229). At the time the Debtor filed its bankruptcy petition, its mailing address was 1717 McKinney Avenue, #700, Dallas, TX 75202.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| ELECTRIC MOBILE CARS, LLC, | ) Case No. 13-_____ (____) |
| | ) |
| Debtor.[1] | ) |
| | ) |
| | ) |

### DECLARATION REGARDING CORPORATE OWNERSHIP STATEMENT

I, the undersigned authorized officer of Electric Mobile Cars, LLC, named as the debtor in this case, declare under penalty of perjury that I have reviewed the List of Equity Security Holders, submitted herewith, and that it is true and correct to the best of my information and belief.

Dated:  September 13, 2013

ELECTRIC MOBILE CARS, LLC

By:      /s/ Mark Carlson_____
        Name:  Mark Carlson
        Title:   Manager

---

[1] The Debtor, along with the last four digits of its federal tax identification number, is:  Electric Mobile Cars, LLC (-1229).  At the time the Debtor filed its bankruptcy petition, its mailing address was 1717 McKinney Avenue, #700, Dallas, TX  75202.